IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALEJANDRO A. MORALES,

Defendant.

**8:20CR113**

**ORDER**

This matter is before the Court on Defendant's UNOPPOSED MOTION TO FILE
PRETRIAL MOTIONS – MOTION TO SUPPRESS – OUT OF TIME [30]. The Court notes
that a jury trial as to this defendant is set for November 3, 2020, before District Judge Brian C.
Buescher. However, at the hearing held on August 10, 2020, Defendant waived his right to
speedy trial on the record, and requested that trial of this matter be continued with the granting of
this motion. For good cause shown, I find that the motion should be granted. Defendant will be
given an approximate fourteen (14) day extension. Leave is given to file pretrial motions on or
before August 28, 2020. Accordingly,

**IT IS ORDERED:**

1. Defendant's UNOPPOSED MOTION TO FILE PRETRIAL MOTIONS – MOTION
TO SUPPRESS – OUT OF TIME [30] is granted. Pretrial motions shall be filed on or before
August 28, 2020.

2. Defendant's jury trial scheduled for November 3, 2020, is cancelled, and shall be
rescheduled upon the expiration of the August 28, 2020 pretrial motion filing deadline, or
disposition of filed pretrial motions.

3. The ends of justice have been served by granting such motion and outweigh the
interests of the public and the defendant in a speedy trial. The additional time arising as a result
of the granting of the motion, i.e., the time between August 14, 2020, and August 28, 2020, shall
be deemed excludable time in any computation of time under the requirement of the Speedy
Trial Act for the reason defendant's counsel required additional time to adequately prepare the
case, taking into consideration due diligence of counsel, and the novelty and complexity of this

case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 14th day of August, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge