IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> ALEJANDRO A. MORALES, <br><br> Defendant. | 8:20-CR-113 <br><br> MEMORANDUM AND ORDER |

This matter is before the Court for its review of the Magistrate Judge's Findings and Recommendation (Filing 54) denying Defendant's Motion to Suppress Statements and Evidence (Filing 32). Neither party has objected to the Findings and Recommendation within the time permitted. *See* 28 U.S.C. § 636(b)(1) (requiring de novo review of "those portions of the report or specified proposed findings or recommendations to which objection is made"); Fed. R. Crim. P. 59(b)(2) (stating that "[f]ailure to object in accordance with this rule['s fourteen-day deadline] waives a party's right to review"); *Peretz v. United States*, 501 U.S. 923, 939, 111 S. Ct. 2661, 2670, 115 L. Ed. 2d 808 (1991) (holding that de novo review "need not be exercised unless requested by the parties" in the form of an objection). Accordingly, the Court adopts the Findings and Recommendation (Filing 54). Therefore,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing 54) is adopted; and

2. Defendant's Motion to Suppress (Filing 32) is denied.

Dated this 10th day of November, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge