# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR113 |
| vs. | ) | |
| ALEJANDRO A. MORALES, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant's Unopposed Motion to Continue Trial [68]. Newly appointed counsel requires sufficient time to receive and review discovery, and to consult with the defendant in order to be properly prepared for trial or change of plea proceedings. For good cause shown,

**IT IS ORDERED** that defendant's Unopposed Motion to Continue Trial [68] is granted, as follows:

1. The jury trial, now set for May 25, 2021, is continued to **July 6, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 6, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** May 21, 2021.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**